UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                    Chapter 7

SLAVA SHAPIRO, D.D.S., M.D., P.C.,                              Case No.: 20-72381-reg

                                  Debtor.
-----------------------------------------------------------x

## ORDER APPROVING AND AUTHORIZING TRUSTEE TO MAKE AN INTERIM PAYMENT TO TOTALTECH REPAIR

UPON the application (the "Application") of Richard L. Stern, trustee (the "Trustee"), by and through his counsel, Rosen & Kantrow, PLLC, seeking the entry of an Order, awarding, on an interim basis, compensation to Totaltech Repair, the Trustee's Court authorized computer consultant, and the matter having come on for a hearing before the Court on appropriate notice on January 11, 2021; and the Trustee having appeared by Fred S. Kantrow, one of his attorneys; and there being no opposition to the relief sought in the Application, or said opposition having been withdrawn or otherwise overruled; and the Court, upon a review of the record and upon due deliberation having determined that the relief sought is appropriate and should be granted; it is hereby

**ORDERED** that Totaltech Repair be and hereby is, awarded the sum of $670.22 as and for compensation, on an interim basis, for services performed for and on behalf of the Trustee and the estate; and it is further

**ORDERED** that nothing contained in this Interim Order shall preclude Totaltech Repair from seeking additional compensation in the event that it continues to provide additional services to the Trustee and the estate; and it is further

**ORDERED** that Totaltech Repair, by and through the Trustee, shall seek approval, on a

final basis, of the award of compensation granted herein at the conclusion of the Trustee's administration of the estate.

Dated: Central Islip, New York
January 13, 2021

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**